ROBERT W. LYONS #45548
LAW OFFICES OF ROBERT W. LYONS
295 West Winton Avenue
Hayward, California 94544
Telephone (510) 782-6161

FILED
JUL 21 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 05-00531-JF |
| Plaintiff, | STIPULATION ALLOWING TRAVEL |
| vs. | |
| ROLAND HERRERA, | |
| Defendant. | |

Defendant, Roland Herrera hereby respectfully requests permission of this court to travel to Valley Springs, California, to attend a family camping trip. The defendant would depart on Friday July 21, 2006 and return on the evening of Sunday, July 24, 2006. The defendant would stay at the New Hogan Lake, Acorn Campground, South Petersburg Road, Valley Springs, CA, (209) 772-1343. Assistant United States Attorney Jeffrey Nedrow has been informed of this request and has no objections. Pretrial Officer Jaime Carranza has also been informed of this request and has no objections.

Dated this 20th day of July    Respectfully Submitted,

_____
Robert W. Lyons
Attorney for Defendant

It is Hereby Ordered:

_____
Patricia V. Trumbull
United States Magistrate Judge

7/21/06

- 1 -