1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  JEFFREY D. NEDROW (CSBN 161299)
   Assistant United States Attorney
5
   Attorneys for Plaintiff
6  United States of America

7     150 Almaden Boulevard, Suite 900
      San Jose, California 95113
8     Telephone: (408) 535-5045

9
                    IN THE UNITED STATES DISTRICT COURT
10
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12 UNITED STATES OF AMERICA,            )    No. CR 05-00531-JF
                                        )
13              Plaintiff,              )
                                        )
14         v.                           )    STIPULATION AND [PROPOSED]
                                        )    ORDER RE: CONTINUANCE OF
15                                      )    PLEA HEARING
   ROLAND HERRERA,                      )
16                                      )
                                        )
17              Defendant.              )
                                        )
18 _____  )

19        The parties, by and through their counsel of record, hereby stipulate to the following:

20        1.  The parties request that the Court continue the plea hearing presently set for January

21 24, 2007 to February 14, 2007 at 9:00 a.m.

22        2.  The parties stipulate and request that the Court find the following as a factual basis for

23 continuing the plea hearing:

24        The parties are continuing their discussions regarding an appropriate disposition in this

25 case.  Both parties have exchanged ideas and information pertinent to the disposition, and are

26 considering the parameters of a possible disposition.  Such consideration on the part of both

27

28                                    1

parties is necessary to making an informed decision regarding the plea and/or continuing with trial preparation. Additional time is required to complete the above-referenced evaluation by the respective parties and to afford time for the parties to complete negotiations stemming from the above-referenced matters and either resolve the case or prepare for trial.

3. The parties agree that the time between January 24, 2007 and February 14, 2007 shall be excludable from the Speedy Trial Act requirements of Title 18, United States Code, Section 3161 pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv). The parties agree that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in an earlier trial specifically based on the need for counsel to have adequate time to complete their consideration of the totality of the discovery, and subsequently developed information, in connection with a possible disposition. The parties therefore agree that a continuance is necessary to ensure that counsel are prepared to make informed decisions regarding the case, and denial of such a continuance would unreasonably deny defendant Herrera effective case preparation pursuant to 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv).


                                          KEVIN V. RYAN
                                          United States Attorney


_____                               _____
DATE                                      JEFFREY D. NEDROW
                                          Assistant United States Attorney


_____                               _____
DATE                                      ROBERT LYONS
                                          Attorney for Roland Herrera

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR 05-00531-JF |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER CONTINUING PLEA |
| | ) | HEARING AND EXCLUDING TIME |
| | ) | |
| ROLAND HERRERA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN THE

PARTIES, IT IS HEREBY ORDERED that the plea hearing in the above-referenced case is

continued from January 24, 2007 to February 14, 2007 at 9:00 a.m.

The Court finds the time from January 24, 2007 to February 14, 2007 excludable from the

Speedy Trial Act requirements of Title 18, United States Code, Section 3161 pursuant to Title

18, United States Code, Sections 3161(h)(8)(A) and  3161(h)(8)(B)(iv).  The Court finds that the

time is excludable in that the ends of justice served by granting this continuance outweigh the

best interests of the public and the defendant in an earlier trial specifically based on the need for

counsel to have adequate time to complete their consideration of the totality of the discovery, and

subsequently developed information, in connection with a possible disposition.  The Court finds

that a continuance is necessary to ensure that counsel are prepared to make informed decisions regarding the case. The Court further finds that denial of such a continuance would unreasonably deny defendants effective case preparation pursuant to 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

DATE: ___1/23/07___        _____
                          JEREMY FOGEL
                          UNITED STATES DISTRICT JUDGE