# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No.: **CR 05-00531-JF** |
| Plaintiff, | **ORDER CONTINUING STATUS CONFERENCE AND EXLUSION OF TIME UNDER THE SPEEDY TRIAL ACT.** |
| vs. | |
| **ROLAND HERRERA**, | |
| Defendant. | |

FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN THE PARTIES, IT IS HEREBY ORDERED that the time from October 28, 2009 to December 2, 2009 is hereby excluded from the time calculations of the Speedy Trial Act, 18 U.S.C. §3161.

The court finds the time from October 28, 2009 to December 2, 2009 excludable from the Speedy Trial Act requirements of Title 18, United States Code, sections 3161(h)(7)(A)and 3161(h)(7)(B)(iv). The court finds that the time excludable in that the ends of justice served by granting this continuance of the status conference to December 2, 2009 outweigh the best interests of the public and the defendant in an earlier trial for the following reasons: defense counsel recently received the United States' Sentencing Memorandum on October 21, 2009 and requires additional time to review it and respond accordingly. For this reason, the court finds that a continuance of the status conference to December 2, 2009 is necessary to ensure both effective case preparation and the availability of defense counsel, and denial of such a

continuance would unreasonably deny defendant effective case preparation and continuity of counsel pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Date: 11/5/09

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT

ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT - 2